UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Beaudry Enterprises, Inc.</u>

      v.                      Civil No. 11-cv-507-JD

<u>GVM, Inc.</u>

<u>O R D E R</u>

On February 13, 2012, Plaintiff filed an Initial Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1), Document #10.  Pursuant to Fed. R. Civ. P. 5(d), disclosures under Rule 26(a)(1) must not be filed until they are used in the proceeding or the court orders it to be filed.

It is, therefore, ordered that the Initial Disclosure, Document #10, be removed and stricken from the docket.

SO ORDERED.

February 15, 2012                <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

cc:  Arend Tensen, Esq.
     Stephen Lawrence Boyd, Esq.